UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALLIANZ GLOBAL RISK US
INSURANCE CO., ET AL.

VERSUS

GENERAL ELECTRIC COMPANY

CIVIL ACTION

NO. 08-699-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 13, 2009 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand (doc. no. 2) is GRANTED and this matter is REMANDED to the 23rd Judicial District Court, Parish of Ascension, State of Louisiana.

Baton Rouge, Louisiana, this ___ day of May, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA